IRVING MANSFIELD, Doing Business as SOUTH BROOKLYN IRON WORKS, Plaintiff, v. JIMDEN REALTY CORP., Respondent, and CANIN CONSTRUCTION Co., INC., Appellant, et al., Defendants.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.